FRANCES M. REX, respondent,

*v.*

DEWEY H. REX, appellant.

[Submitted October term, 1947. Decided January 29th, 1948.]

*Messrs. Kanter & Kanter (Mr. Elias A. Kanter)*, for the appellant.

*Mr. William George,* for the respondent.

PER CURIAM.

We have examined the record and the briefs of counsel, and are of the opinion that the order appealed from should be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.